UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

        -against-

Ala Khalil
        Defendant.

------------------------------------------------------------x

17 Cr. 702 (VB)

Briccetti, J

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated November 14, 2017, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

2-1-18                                  SO ORDERED.

Dated: White Plains, New York

_____
Vincent L. Briccetti
United States District Judge